**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X          **05 CV 0271 (NG) (KAM)**

**JEFFREY DELMORAL,**

                **Plaintiff,**

      **-against-**                                                                                  **ORDER**

**COLLECTECH SYSTEMS, INC. and**
**ALLIED INTERSTATE, INC.,**

                **Defendants.**
-----------------------------------------------------------------X

**GERSHON, United States District Judge:**

      Plaintiff commenced this action alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692o, on January 19, 2005. By letter to the court dated October 28, 2005, defendants requested leave to file a motion for summary judgment. By letter to the court dated November 1, 2005, plaintiff requested leave to file a cross-motion for summary judgment. At a pre-motion conference held on January 4, 2006, the court set a schedule for the motions, pursuant to which all parties were directed to file their motion papers by January 31, 2006 and to file their opposition papers by February 24, 2006. Defendants filed their motion for summary judgment on January 31, 2006. To date, plaintiff has filed neither a cross-motion for summary judgment nor any opposition to defendants' motion.

      Having reviewed the papers filed by defendants, I now grant their unopposed motion for summary judgment. The Clerk of Court is directed to enter judgment for defendants and to close this case.

                            **SO ORDERED.**

                        _____
                                /S/
                        **NINA GERSHON**
                        **United States District Judge**

Dated:  Brooklyn, New York
        March 15, 2006